■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ALEXANDER MOLINA, Appellant. [950 NYS2d 479]—Appeal by the defendant, as limited by his motion, from a sentence of the Supreme Court, Richmond County (Rienzi, J.), imposed June 23, 2011, on the ground that the sentence was excessive.

Ordered that the sentence is affirmed.

The sentence imposed was not excessive (*see People v Suitte*, 90 AD2d 80 [1982]). Mastro, A.P.J., Angiolillo, Dickerson and Hall, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LINDA OLIVER, Appellant. [950 NYS2d 482]—Appeal by the defendant, as limited by her motion, from a sentence of the Supreme Court, Nassau County (Carter, J.), imposed September 27, 2011, on the ground that the sentence was illegal.

Ordered that the sentence is affirmed.

Contrary to the defendant's contention, the sentence imposed did not violate Penal Law § 60.01 (2) (d) (*cf.* Penal Law § 60.21). Accordingly, the sentence imposed was not illegal. Mastro, A.P.J., Skelos, Leventhal, Austin and Cohen, JJ., concur.